**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.: 08-cv-01534-RPM-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date: February 3, 2009 | Courtroom Deputy, Kathleen Finney |

_____

| | |
|---|---|
| PATRICK MALONE, | Marc P. Harden |
| **Plaintiff(s),** | |
| v. | |
| JITENDER BABBER a/k/a BABBAR JITENDER, | |
| JASPAL SANDHU, and | Bruce A. Menk |
| HIGHWAY STAR LOGISTICS, INC., | |
| **Defendant(s).** | |

_____
**COURTROOM MINUTES / MINUTE ORDER**
_____

**HEARING: RULE 16 SCHEDULING CONFERENCE**
**Court in Session: 9:59 a.m.**
Court calls case. Appearance of counsel.

**It is ORDERED:** Plaintiff's Motion to Vacate the Scheduling Conference [Docket No. 11, filed February 2, 2009] is **GRANTED**.

**It is ORDERED:** Plaintiff has up to and including **APRIL 30, 2009** to serve remaining defendants.

**It is ORDERED:** Plaintiff shall file a Motion to Reset the Scheduling Conference within ten (10) days of the date of service of the last served defendant. Once the Scheduling Conference is reset, a new proposed scheduling order shall be filed to reflect the viewpoints of the additional defendants.

HEARING CONCLUDED.

**Court in recess: 10:08 a.m.**
Total In-Court Time: 00:09