IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

_____

ORDER FOR CALENDAR CALL
_____

Upon review of the files in the civil actions that are subject to this order, the Court has determined that trials should now be scheduled by convening a Calendar Call to be attended by trial counsel.  Recognizing that discovery may not have been completed, that motions may be pending and that there have been no pretrial conferences held, the Court must depend upon counsel to provide necessary information in a **joint statement to be handed up when the case is called**.  Accordingly, it is

ORDERED that counsel responsible for the trial of the cases on the attached list will appear at a Calendar Call on **April 16, 2010,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at the time designated.

In all cases, counsel are directed to meet at least 10 days before the Calendar Call and prepare a joint status statement answering the following questions:

  Has all discovery been completed?
  Is it reasonable to expect that counsel will agree on a pretrial order
    without convening a pretrial conference?
  Are any motions pending or contemplated?
  Is this a jury trial?
  What is the expected length of trial?
  What is the probability of settlement?

These statements will be handed up at the Calendar Call, and will be considered in setting the trial date.  Counsel responsible for the case must be present to respond to the court's questions.  Trial dates are expected to be within six months of the Calendar Call.

Dated: January 28th, 2010

            BY THE COURT:

            s/Richard P. Matsch
            _____
            Richard P. Matsch, Senior District Judge

# CALENDAR CALL

**8:00 a.m.**

| | | |
|---|---|---|
| 08-cv-1534 | PATRICK MALONE v.<br>JITENDER BABBAR a/k/a BABBAR JITENDER,<br>JASPAL SANDHU and<br>HIGHWAY STAR LOGISTICS, INC. | Marc P. Harden<br>Bruce A. Menk |
| 08-cv-2384 | STEPHANIE JEAN CRAWFORD v.<br>DANE BRANCH and<br>JANE DOE | John L. Rice<br>C. Todd Kettelkamp<br>Patrick L. Sayas |
| 08-cv-2756 | LORIE CHRISTINE McKOWN v.<br>DAVID COPE,<br>VAIL SUMMIT RESORTS INC., d/b/a<br>  KEYSTONE SKI RESORT | Daniel A. Lipman<br>James E. Puga<br>Maryjo C. Falcone<br>Peter W. Rietz |
| 09-cv-687 | DEXTEL J. SIMMONS v.<br>JOHN POTTER, POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE | John F. McBride<br>Mark Pestal |
| 09-cv-698 | DEBBIE BLANC v.<br>THE CITY AND COUNTY OF DENVER and<br>THE DENVER POLICE DEPARTMENT | Michael J. O'Malley<br>Robert A. Wolf |

**8:30 a.m.**

| | | |
|---|---|---|
| 09-cv-748 | CHARLES FRANK LOFTICE v.<br>HOME DEPOT USA, INC. | Bryan E. Kuhn<br>Daniel E. Friesen<br>Stephen M. DeHoff |
| 09-cv-837 | SCOTT SCHUETT v.<br>THE CITY AND COUNTY OF DENVER, COLORADO,<br>GERALD R. WHITMAN,<br>EDWARD ASH,<br>THOM SHERWOOD, and<br>ALAN FLEMING | Jennifer R. Edwards<br>Jay W. Swearingen<br>Thomas G. Bigler |
| 09-cv-1334 | KAY L. LAURIDSEN v.<br>MILE HI CABLE PARTNERS, L.P. | Elwyn F. Schaefer<br>Darin Mackender |
| 09-cv-1585 | MICHAEL ROSENZWEIG v.<br>JOHNS MANVILLE | Barry D. Roseman<br>Thomas J. Munger<br>Benjamin Stone<br>Michael S. Beaver<br>J. Lee Gray |
| 09-cv-1743 | JOHN DELEHANTY v.<br>TANNER ROZELL | Evan P. Banker<br>Karen R. Wasson |
| 09-cv-1890 | FRED H. BERRY v.<br>COLORADO PRECAST CONCRETE, INC. | Hugh S. Pixler<br>Stanley T. Matsunaka |