IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01534-RPM-KLM

PAT MALONE,

        Plaintiff,

v.

HIGHWAY STAR LOGISTICS, INC.,

        Defendants.
_____

## ORDER SETTING TRIAL DATE
_____

Pursuant to the calendar call today, it is

ORDERED that this matter is set for trial to jury on **August 9, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: April 16, 2010

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge