IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01534-RPM-KLM

PAT MALONE,

               Plaintiff,

v.

HIGHWAY STAR LOGISTICS, INC.,

               Defendants.
_____

## ORDER VACATING TRIAL DATE AND DISMISSING ACTION
_____

Pursuant to the Stipulation of Dismissal with Prejudice [40], it is

ORDERED that this action and the Complaint are dismissed with prejudice, each party to pay their own costs and it is

FURTHER ORDERED that the August 9, 2010, trial date is vacated.

DATED: May 11th, 2010

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior Judge